435 A.2d 245

Commonwealth v. Miller, Appellant.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence entered December 3, 1979 is affirmed.

SPAETH, J., concurred in the result.